AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re: LLS AMERICA, LLC,     Debtor,

BRUCE P. KRIEGMAN, as Chapter 11 Trustee,
                    Plaintiff,

v.

PHYLLIS and NICHOLAS BLEA, et al.,

                    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-365-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Notice for Voluntary Dismissal With Prejudice of Defendants Marc Smoot and Rhonda Smoot is approved. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs as to Defendants Marc Smoot and Rhonda Smoot.

March 13, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson