AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

In Re LLS AMERICA, LLC,       Debtor,
BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,
                  Plaintiff,

v.

PHYLLIS BLEA, et al.,

                  Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-365-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that on 2/01/13 the Bankruptcy Court for the Eastern District of Washington entered an Order of Dismissal (Dkt. No. 209) under which Defendant HiTech Investments was dismissed from the underlying Adversary Action with prejudice. Therefore, the Plaintiff's claims against Defendant HiTech Investments are dismissed with prejudice in this matter.

| | |
|---|---|
| March 20, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |