AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

In Re LLS AMERICA, LLC,           Debtor
BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

                    Plaintiff,                **JUDGMENT IN A CIVIL CASE**
        v.

PHYLLIS BLEA; et al.,
                                              CASE NUMBER: CV-11-365-RMP
                    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that on October 25, 2012, the Bankruptcy Court for the Eastern District of Washington entered the Order Confirming Plan under which the Plan was confirmed. In accordance with the Plan, all Electing Investors have entered into and are parties to the Global Investor Settlement contained in the Plan (see Article IV). In accordance with the settlement, the following Defendants are dismissed with prejudice: Brian Beach, Kenny Canard, Susan Clarke, Eric Collar, Linda Collar, Estate of Burlyn Collar, Brian Cooper, Ruth Cooper, Randall Freitas, Larry Johnson, Janice Johnson, Aaron Kancevicius, Dathan Kern, Julie Kern, Nathan Koch, Gary Leonard, Janet Leonard, Michael Lewis, Rene Lewis, Mobile Enterprises, Inc., Myra Munday, Mary Naleid, Hannah Naleid, James Pells, Susan Pells, Lindsay Prater, Christopher Reibling, Matthew Reibling, Tim Reibling, Kelly Rice, Jeff Seguin, Teresa Semler, Lowell Smoker, Donna Smoker, Jared Stephenson, Amy Stephenson, Wayne Steward, Joan Steward, John Stewart, Patricia Stewart, Jamie Tuharsky, Amber Tuharsky, Calvin Wilken, Becky Wilken, Leroy Williams, and the Estate of Glena Wood (a/k/a Glena Wood).

January 24, 2013                              SEAN F. McAVOY
*Date*                                        *Clerk*
                                              s/ Linda Emerson
                                              *(By) Deputy Clerk*
                                              Linda Emerson