# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

In Re: LLS AMERICA, LLC,           Debtor,
BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,   )
*Plaintiff*                                                  )
v.                                                           )   Civil Action No.   CV-11-365-RMP
                                                             )
PHYLIS and NICHOLAS BLEA, et al,                             )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Per Stipulation of the parties, Plaintifff's Complaint and any and all counterclainms and/or cross-claims against Defendants Jeffrey Hughes and Tabitha Hughes only are dismissed with prejudice and without costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:   September 26, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson