# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| In Re: LLS AMERICA, LLC,  Debtor,<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br>*Plaintiff*<br>v.<br>NICHOLAS BLEA, et al.,<br>*Defendant* | Civil Action No. CV-11-365-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Defendant Susan Nicholson is dismissed with prejudice, pursuant to the Settlement Agreement reached between the parties.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for

Date: October 2, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson