UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

LLS AMERICA, LLC,

Debtor,

BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

Plaintiff,

v.

NICHOLAS BLEA., et al.,

Defendants.

NO: CV-11-365-RMP

Bankr. Case No. 09-06194-PCW11 (Consolidated Case)

Adv. Proc. No. 11-80294-PCW11

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANT JOHN MAYER

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation to dismiss Defendant Stephen Ruppert, BKC ECF No. 287, and DC ECF No. 127. Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the entry of an

Order of Dismissal in the Bankruptcy Court on July 18, 2013, and no objection being filed by any party, this Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation, **ECF No. 127**. Defendant **John Mayer** is hereby **dismissed with prejudice** with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order, **terminate John Mayer** as a defendant in this matter, and provide copies to counsel, Defendant, and Judge Patricia C. Williams.

**DATED** this 16th day of October 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge