UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                      Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>NICHOLAS BLEA., et al.,<br><br>                      Defendants. | NO:  CV-11-365-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80294-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANT MARY K. SCHNEIDER |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation to dismiss Defendant Mary K. Schneider, BKC ECF No. 286, and DC ECF No. 128.  Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the entry of an

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANT MARY K. SCHNEIDER ~1

Order of Dismissal in the Bankruptcy Court on July 18, 2013, and no objection being filed by any party, this Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation, **ECF No. 128**. Defendant **Mark K. Schneider** is hereby **dismissed with prejudice,** with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order, **terminate Mark K. Schneider** as a defendant in this matter, and provide copies to counsel, Defendant, and Judge Patricia C. Williams.

**DATED** this 16th day of October 2013.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge