UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                              Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>NICHOLAS BLEA., et al.,<br><br>                              Defendants. | NO:  CV-11-365-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80294-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANTS JOSHUA AND HOLLY WICKERSHAM |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation to dismiss Defendants Joshua and Holly Wickersham, BKC ECF No. 325, and DC ECF No. 141.  Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANTS JOSHUA AND HOLLY WICKERSHAM ~ 1

entry of an Order of Dismissal in the Bankruptcy Court on September 17, 2013, and no objection being filed by any party, this Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation, **ECF No. 141**. Defendants **Joshua and Holly Wickersham** are hereby **dismissed with prejudice** with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order, **terminate Joshua Wickersham** and **Holly Wickersham** as defendants in this matter, and provide copies to counsel and to Judge Patricia C. Williams.

**DATED** this 21st day of October 2013.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       Chief United States District Court Judge

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANTS JOSHUA AND HOLLY WICKERSHAM ~ 2