UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                 Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>CONNIE KONSULIS, et al.,<br><br>                 Defendants. | NO: CV-11-365-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80294-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER JUDGMENT AGAINST DEFENDANT NATASHA KHAN |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation for entry of Judgment against Defendant Natasha Khan, BK ECF No. 342 and DC ECF No. 153.

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER JUDGMENT AGAINST DEFENDANT NATASHA KHAN ~ 1

Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the entry of an Order Granting Motion for Partial Summary Judgment in the Bankruptcy Court on September 24, 2013, at BK ECF No. 331, and a Notice of Presentment entered September 25, 2013, at BK ECF No. 332, and there being no objection made, this Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation, **ECF No. 153**, and shall enter judgment accordingly.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel, Defendant, and to Judge Frederick P. Corbit.

**DATED** this 3rd day of December 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER JUDGMENT AGAINST DEFENDANT NATASHA KHAN ~ 2