UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE KONSULIS, et al.,<br><br>Defendants. | NO: CV-11-365-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80294-PCW11<br><br>JUDGMENT AGAINST DEFENDANT NATASHA KHAN |

**JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditor: | Plaintiff Bruce P. Kriegman |
| Attorneys for<br>Judgment Creditor: | Matthew A. Mensik |
| Judgment Debtor: | Natasha Khan |

JUDGMENT AGAINST DEFENDANT NATASHA KHAN ~ 1

| | |
|---|---|
| Attorney for Judgment Creditor: | None |
| Amount of Judgment: | $13, 270.00 USD |
| Interest Owed to Date of Judgment: | $ 0.00 |
| Interest Rate: | 0.13% per annum |

## JUDGMENT

The Court, having previously entered an Order Adopting the Bankruptcy Court's Report and Recommendation to enter Judgment against Defendant Natasha Khan, ECF No. 161, and being fully apprised in the premises, **HEREBY ORDERES , ADJUDGES, AND DECREES** that Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendant Natasha Khan, as follows:

1. Monetary Judgment in the amount of $13.270.00 USD, plus post-judgment interest at the rate of 0.13 percent per annum.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Judgment, **terminate Natasha Khan** as a defendant in this cause, and provide copies of this Judgment to counsel, Defendant, and Judge Frederick P. Corbit.

**DATED** this 3rd day of December 2013.

                                        *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                        Chief United States District Court Judge