UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CONNIE KONSULIS, et al.,<br><br>　　　　　　　　　Defendants. | NO: CV-11-365-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80294-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT REBECCA PIATT |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation for entry of Default Judgment against Defendant Rebecca Piatt, BK ECF No. 376 and DC ECF No. 173.

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT REBECCA PIATT ~ 1

Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the entry of an Order of Default Against Defendant Rebecca Piatt in the Bankruptcy Court on December 20, 2013, BKC ECF No. 365, and there being no objection made by the deadline given, this Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation, **ECF No. 173**, and shall enter judgment accordingly.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel and to any pro se defendants.

**DATED** this 6th day of March 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT REBECCA PIATT ~ 2