UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                     Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>CONNIE KONSULIS, et al.,<br><br>                     Defendants. | NO: CV-11-365-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80294-PCW11<br><br>**DEFAULT JUDGMENT AGAINST REBECCA PIATT** |

**JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditor: | Plaintiff Bruce P. Kriegman, Liquating Trustee for LLS America, LLC, as consolidated |
| Attorneys for Judgment Creditor: | Witherspoon Kelley |

JUDGMENT AGAINST DEFENDANT REBECCA PIATT ~ 1

1  Judgment Debtor:                           Rebecca Piatt

2  Attorney for Judgment Creditor:            None (pro se)

3  Amount of Judgment (principal):            $19,350.35 USD

4  Interest Rate:                             0.11% (28 USC § 1961)

5

## JUDGMENT

The Court, having previously entered an Order Adopting the Bankruptcy Court's Report and Recommendation to enter Judgment against Defendant Rebecca Piatt, ECF No. 180, and being fully apprised in the premises, **HEREBY ORDERS , ADJUDGES, AND DECREES** that Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendant Rebecca Piatt, as follows:

1. Monetary Judgment in the amount of $19,100.35 USD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of $19,100.35 USD made to Defendant Rebecca Piatt within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551, and 548(a) and (b), and RCW 19.40.041(1) and (2), and RCW 19.40.071;

3. All said transfers to Defendant Rebecca Piatt are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Rebecca Piatt for the benefit of the estate of LLS America pursuant to 11 U.S.C. §§ 544, 550, and 551.

4. All proofs of claim of Defendant which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendant Rebecca Piatt or her affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein, and Defendant Rebecca Piatt shall not be entitled to collect on her proof of claim (Claim No. 481) until the monetary judgment is satisfied by Defendant Rebecca Piatt in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1), and 105(a);

5. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

/ / /

/ / /

/ / /

/ / /

/ / /

JUDGMENT AGAINST DEFENDANT REBECCA PIATT ~ 3

6. Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of $19, 350.35 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

The District Court Clerk is directed to enter this Judgment, **terminate Rebecca Piatt** as a defendant in this cause, and provide copies of this Judgment to counsel and any pro se defendants.

**DATED** this 6th day of March 2014.

      *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

JUDGMENT AGAINST DEFENDANT REBECCA PIATT ~ 4