UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>CONNIE KONSULIS, et al.,<br><br>                  Defendants. | NO:  CV-11-365-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80294-PCW11<br><br>ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS JASON STEPHENSON AND STEPHANIE STEPHENSON |

**BEFORE THE COURT** is Plaintiff's Motion for Entry of Default Judgment against Defendants Jason Stephenson and Stephanie Stephenson, ECF No. 177.  Having reviewed the motion, the Affidavit of Curtis Frye, ECF No. 178, and the Affidavit of Shelley N. Ripley, ECF No. 179, and there being no objection

ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS JASON STEPHENSON AND STEPHANIE STEPHENSON ~ 1

1  filed by the given deadline, the Court finds that good cause exists to grant the

2  motion.  Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for

3  Entry of Default Judgment, **ECF No. 177**, is **GRANTED**.  Judgment shall be

4  entered forthwith.

5      The District Court Clerk is directed to enter this Order and provide copies to

6  counsel and to any pro se defendants.

7      **DATED** this 2nd day of April 2014.

 

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       Chief United States District Court Judge

ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS JASON STEPHENSON AND STEPHANIE STEPHENSON ~ 2