UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                  Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>CONNIE KONSULIS, et al.,<br><br>                  Defendants. | NO:  CV-11-365-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80294-PCW11<br><br>DEFAULT JUDGMENT AGAINST JASON STEPHENSON AND STEPHANIE STEPHENSON |

**JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditor: | Plaintiff Bruce P. Kriegman, Liquating Trustee for LLS America, LLC, as consolidated |
| Attorneys for Judgment Creditor: | Witherspoon Kelley |

JUDGMENT AGAINST DEFENDANT JASON STEPHENSON AND STEPHANIE STEPHENSONT ~ 1

|   |   |   |
|---|---|---|
| 1 | Judgment Debtors: | Jason Stephenson and Stephanie Stephenson |
| 2 | | |
| 3 | Attorney for Judgment Creditors: | None (pro se) |
| 4 | Amount of Total Judgment: | $14,375.00 USD |
| 5 | Interest Rate: | 0.11% (28 USC § 1961) |

## JUDGMENT

The Court, having previously entered an Order Granting Plaintiff's Motion for Entry of Default Judgment against Defendants Jason Stephenson and Stephanie Stephenson, ECF No. 186, and being fully apprised in the premises, **HEREBY ORDERS, ADJUDGES, AND DECREES** that Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendants Jason Stephenson and Stephanie Stephenson, as follows:

1. Monetary Judgment in the amount of $14,125.00 USD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of $14,125.00 USD made to Defendants Jason Stephenson and Stephanie Stephenson within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551, and 548(a) and (b), and RCW 19.40.041(1) and (2), and RCW 19.40.071;

3.  All said transfers to Defendants Jason Stephenson and Stephanie Stephenson are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendants Jason Stephenson and Stephanie Stephenson for the benefit of the estate of LLS America pursuant to 11 U.S.C. §§ 544, 550, and 551.

4.  A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

5.  Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of $14,375.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

The District Court Clerk is directed to enter this Judgment, **terminate Jason Stephenson and Stephanie Stephenson** as defendants in this cause, and provide copies of this Judgment to counsel and any pro se defendants.

**DATED** this 2nd day of April 2014.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge